April 4, 1966.

No. 594. Gojack v. United States. C. A. D. C. Cir. (Certiorari granted, 382 U. S. 937.) Motion of petitioner to remove this case from summary calendar is denied. *Melvin L. Wulf* on· the motion.

No. 847. Katzenbach, Attorney General, et al. v. Morgan et ux.; and

No. 877. New York City Board of Elections v. Morgan et ux. Appeals from D. C. D. C. (Probable jurisdiction noted, 382 U. S. 1007.) Motion of the Attorney General of New York for leave to participate in oral argument, as *amicus curiae,* granted, and thirty minutes are allotted for that purpose. Thirty additional minutes are allotted to counsel for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Acting Solicitor General, and *Jean M. Coon,* Assistant Attorney General, on the motion. [For earlier orders in these cases, see also *ante,* pp. 903, 955.]

No. 1309, Misc. Schack v. Florida et al.;

No. 1314, Misc. Allen v. Wilson, Warden, et al.; and

No. 1337, Misc. Johnson v. California Adult Authority. Motions for leave to file petitions for writs of habeas corpus denied.